**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SYLVESTRI, BRETT LEE | § | Case No. 13-41383-JS |
|       SYLVESTRI, VIRGINIA | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on October 23, 2013. The case was converted to one under Chapter 7 on July 29, 2014. The undersigned trustee was appointed on July 29, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        88,061.13

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 45.62 |
| Bank service fees | 1,992.47 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 86,023.04 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/28/2015 and the deadline for filing governmental claims was 01/28/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,653.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,653.06, for a total compensation of $7,653.06.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/26/2016        By: /s/ALEX D. MOGLIA
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-41383-JS  
**Case Name:** SYLVESTRI, BRETT LEE  
SYLVESTRI, VIRGINIA  
**Period Ending:** 08/26/16

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/29/14 (c)  
**§341(a) Meeting Date:** 08/27/14  
**Claims Bar Date:** 01/28/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2031 West Touhy, purchased in 2001<br>Imported from original petition Doc# 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | Contract AR for sale of land in New Mexico<br>Imported from original petition Doc# 1 | 105,000.00 | 105,000.00 | | 88,061.13 | FA |
| 3 | Checking account with PNC Bank<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with ING<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture and Art<br>Imported from original petition Doc# 1 | 7,500.00 | 6,200.00 | | 0.00 | FA |
| 6 | five bicycles<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | used clothing<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance through employer - no curren<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2004 Toyota Sierra financed through Wells Fargo<br>Imported from original petition Doc# 1 | 7,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 Toyota Highlander 117,000 miles<br>Imported from original petition Doc# 1 | 1,850.00 | 0.00 | | 0.00 | FA |
| 11 | 2011 Vespa Scooter<br>Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 12 | _ | 0.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** Totals (Excluding unknown values) | **$479,950.00** | **$112,200.00** | | **$88,061.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

PREPARATION OF FINAL REPORT

PREPARATION OF FINAL REPORT

Printed: 08/26/2016 11:09 AM  V.13.28

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-41383-JS  
**Case Name:** SYLVESTRI, BRETT LEE  
SYLVESTRI, VIRGINIA  
**Period Ending:** 08/26/16

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/29/14 (c)  
**§341(a) Meeting Date:** 08/27/14  
**Claims Bar Date:** 01/28/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2015     **Current Projected Date Of Final Report (TFR):** September 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 13-41383-JS | **Trustee:** | ALEX D. MOGLIA (330260) |
| **Case Name:** SYLVESTRI, BRETT LEE | **Bank Name:** | Rabobank, N.A. |
| SYLVESTRI, VIRGINIA | **Account:** | ******1366 - Checking Account |
| **Taxpayer ID #:** **-***2841 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** 08/26/16 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/08/15 | {2} | Sunwest Trust, Inc. | Installment payment | 1121-000 | 607.26 | | 607.26 |
| 01/08/15 | {2} | Sunwest Trust Inc | Installment payment | 1121-000 | 607.26 | | 1,214.52 |
| 01/08/15 | {2} | Virginia & Brett Sylvestri | Installment payments | 1121-000 | 607.26 | | 1,821.78 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,811.78 |
| 02/25/15 | {2} | SunWest Trust | Installment payments | 1121-000 | 607.26 | | 2,419.04 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,409.04 |
| 03/13/15 | {2} | SunWest Trust Inc | Installment payments | 1121-000 | 607.26 | | 3,016.30 |
| 03/30/15 | 101 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 1, 2016 | 2300-000 | | 1.86 | 3,014.44 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,004.44 |
| 04/15/15 | {2} | Sunwest Trust | Installment payments | 1121-000 | 85,024.83 | | 88,029.27 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.39 | 87,967.88 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.31 | 87,845.57 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.77 | 87,710.80 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.36 | 87,580.44 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.77 | 87,458.67 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.19 | 87,324.48 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.60 | 87,198.88 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.24 | 87,077.64 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.78 | 86,939.86 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.56 | 86,819.30 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.38 | 86,698.92 |
| 03/02/16 | 102 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #13-41383, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 53.28 | 86,645.64 |
| 03/02/16 | 102 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #13-41383, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -53.28 | 86,698.92 |
| 03/02/16 | 103 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #13-41383, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 43.76 | 86,655.16 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.78 | 86,518.38 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.96 | 86,398.42 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.79 | 86,278.63 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.15 | 86,142.48 |

Subtotals :  $88,061.13  $1,918.65

{} Asset reference(s)

Printed: 08/26/2016 11:09 AM    V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-41383-JS  
**Case Name:** SYLVESTRI, BRETT LEE  
SYLVESTRI, VIRGINIA  
**Taxpayer ID #:** **-***2841  
**Period Ending:** 08/26/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.44 | 86,023.04 |
| | | | **ACCOUNT TOTALS** | | 88,061.13 | 2,038.09 | **$86,023.04** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 88,061.13 | 2,038.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$88,061.13** | **$2,038.09** | |

| | | |
|---|---|---|
| Net Receipts : | 88,061.13 | |
| Net Estate : | $88,061.13 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1366** | 88,061.13 | 2,038.09 | 86,023.04 |
| | **$88,061.13** | **$2,038.09** | **$86,023.04** |

# Claims Register

## Case: 13-41383-JS   SYLVESTRI, BRETT LEE

Claims Bar Date: 01/28/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>07/29/14 |  | $7,653.06<br>$7,653.06 | $0.00 | $7,653.06 |
|  | POPOWCER KATTEN, LTD<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207<br><3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>07/29/14 |  | $1,096.50<br>$1,096.50 | $0.00 | $1,096.50 |
|  | MAXWELL LAW GROUP, LLC<br>ANDREW MAXWELL, ESQ.<br>105 W. Adams Street, Suite 3200<br>CHICAGO, IL 60603<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>07/29/14 |  | $7,220.00<br>$7,220.00 | $0.00 | $7,220.00 |
|  | MAXWELL LAW GROUP, LLC<br>ANDREW MAXWELL, ESQ.<br>105 W. Adams Street, Suite 3200<br>CHICAGO, IL 60603<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>07/29/14 |  | $1.74<br>$1.74 | $0.00 | $1.74 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999,ST CLOUD MN 56302<br>Claimant History<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/25/13 |  | $10,488.07<br>$10,488.07 | $0.00 | $10,488.07 |
| 2 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/29/13 |  | $8,088.81<br>$8,088.81 | $0.00 | $8,088.81 |
| 3 | CitiMortgage, Inc.<br>P.O. Box 6030<br><br>Sioux Falls, SD 57117<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>10/30/13 | NO PROCEEDS FROM THE UNDERLYING COLLATERAL WERE ADMINISTERED BY THE ESTATE. | $273,281.51<br>$0.00 | $0.00 | $0.00 |
| 4 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/31/13 |  | $731.55<br>$731.55 | $0.00 | $731.55 |

# Claims Register

### Case: 13-41383-JS  SYLVESTRI, BRETT LEE

Claims Bar Date: 01/28/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | PEOPLES GAS LIGHT & COKE COMPANY<br>130 EAST RANDOLPH STREET<br>CHICAGO, IL 60601<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/07/13 | | $464.90<br>$464.90 | $0.00 | $464.90 |
| 6 | Great Lakes Credit Union<br>2525 Green Bay Road<br>North Chicago, IL 60064<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/07/13 | | $14,207.22<br>$14,207.22 | $0.00 | $14,207.22 |
| 7 | Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/27/13 | | $670.45<br>$670.45 | $0.00 | $670.45 |
| 8 | Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/27/13 | Notes from the court claims register:  Remarks: (8-1) Filed on the wrong case filer notified 12/2/13 (GB) | $745.65<br>$0.00 | $0.00 | $0.00 |
| 9 | Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/27/13 | Notes from court's claims register: Remarks: (9-1) Filed on wrong case. Filer notified 12/2/13 (GB). | $888.02<br>$0.00 | $0.00 | $0.00 |
| 10 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/04/13 | | $519.42<br>$519.42 | $0.00 | $519.42 |
| 11 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/04/13 | | $1,269.03<br>$1,269.03 | $0.00 | $1,269.03 |
| 12 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/04/13 | | $803.60<br>$803.60 | $0.00 | $803.60 |

# Claims Register

## Case: 13-41383-JS  SYLVESTRI, BRETT LEE

Claims Bar Date: 01/28/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | Wells Fargo Bank, N.A<br>dba Wells Fargo Dealer Services<br>PO Box 19657<br>Irvine, CA 92623-9657<br><br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>12/11/13 | NO PROCEEDS FROM THE UNDERLYING COLLATERAL WERE ADMINISTERED BY THE ESTATE. | $10,374.87<br>$0.00 | $0.00 | $0.00 |
| 14 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/27/13 | | $15,404.05<br>$15,404.05 | $0.00 | $15,404.05 |
| 15 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/27/13 | | $1,809.10<br>$1,809.10 | $0.00 | $1,809.10 |
| 16 | Atlas Acquisitions LLC<br>Assignee of Capital One, N.A.,Oliphant Financial, LLC,9009 Town Center Parkway<br>Lakewood Ranch, FL 34202<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/07/14 | | $5,377.06<br>$5,377.06 | $0.00 | $5,377.06 |
| 17 | Portfolio Recovery Associates, LLC<br>successor to SQUARETWO FINANCIAL<br>PO Box 41067<br>Norfolk, VA 23541<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/25/14 | | $2,043.46<br>$2,043.46 | $0.00 | $2,043.46 |
| 18 | Portfolio Recovery Associates, LLC<br>successor to CHASE BANK USA, N.A.<br>PO Box 41067<br>Norfolk, VA 23541<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/26/14 | | $12,633.69<br>$12,633.69 | $0.00 | $12,633.69 |
| 19 | Great Lakes Credit Union<br>2525 Green Bay Road<br>North Chicago, IL 60064<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/05/14 | | $14,207.00<br>$14,207.00 | $0.00 | $14,207.00 |
| 20 | Great Lakes Credit Union<br>2525 Green Bay Road<br>North Chicago, IL 60064 | Secured<br>11/05/14 | NO PROCEEDS FROM THE UNDERLYING COLLATERAL WERE ADMINISTERED BY THE ESTATE. | $4,856.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 13-41383-JS   SYLVESTRI, BRETT LEE

Claims Bar Date:   01/28/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$104,688.71** |

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 13-41383-JS
Case Name: SYLVESTRI, BRETT LEE
Trustee Name: ALEX D. MOGLIA

**Balance on hand:**    $ 86,023.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | CitiMortgage, Inc. | 273,281.51 | 0.00 | 0.00 | 0.00 |
| 13 | Wells Fargo Bank, N.A | 10,374.87 | 0.00 | 0.00 | 0.00 |
| 20 | Great Lakes Credit Union | 4,856.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 86,023.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 7,653.06 | 0.00 | 7,653.06 |
| Attorney for Trustee, Fees - MAXWELL LAW GROUP, LLC | 7,220.00 | 0.00 | 7,220.00 |
| Attorney for Trustee, Expenses - MAXWELL LAW GROUP, LLC | 1.74 | 0.00 | 1.74 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,096.50 | 0.00 | 1,096.50 |

Total to be paid for chapter 7 administration expenses:    $ 15,971.30
Remaining balance:    $ 70,051.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00
Remaining balance:    $ 70,051.74

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 70,051.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,717.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC | 10,488.07 | 0.00 | 8,281.43 |
| 2 | Discover Bank | 8,088.81 | 0.00 | 6,386.97 |
| 4 | Quantum3 Group LLC as agent for | 731.55 | 0.00 | 577.64 |
| 5 | PEOPLES GAS LIGHT & COKE COMPANY | 464.90 | 0.00 | 367.09 |
| 6 | Great Lakes Credit Union | 14,207.22 | 0.00 | 11,218.10 |
| 7 | Sprint Nextel | 670.45 | 0.00 | 529.39 |
| 10 | Quantum3 Group LLC as agent for | 519.42 | 0.00 | 410.14 |
| 11 | Quantum3 Group LLC as agent for | 1,269.03 | 0.00 | 1,002.03 |
| 12 | Quantum3 Group LLC as agent for | 803.60 | 0.00 | 634.53 |
| 14 | ALTAIR OH XIII, LLC | 15,404.05 | 0.00 | 12,163.12 |
| 15 | ALTAIR OH XIII, LLC | 1,809.10 | 0.00 | 1,428.47 |
| 16 | Atlas Acquisitions LLC | 5,377.06 | 0.00 | 4,245.75 |
| 17 | Portfolio Recovery Associates, LLC | 2,043.46 | 0.00 | 1,613.53 |
| 18 | Portfolio Recovery Associates, LLC | 12,633.69 | 0.00 | 9,975.63 |
| 19 | Great Lakes Credit Union | 14,207.00 | 0.00 | 11,217.92 |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 70,051.74 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**