**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SYLVESTRI, BRETT LEE § Case No. 13-41383-JS
      SYLVESTRI, VIRGINIA §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $374,950.00 *(without deducting any secured claims)* | Assets Exempt: $42,650.00 |
| Total Distribution to Claimants: $70,051.74 | Claims Discharged Without Payment: $41,468.78 |
| Total Expenses of Administration: $18,009.39 | |

    3) Total gross receipts of $ 88,061.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $88,061.13 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $288,512.38 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,009.39 | 18,009.39 | 18,009.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 113,154.19 | 111,520.52 | 70,051.74 |
| **TOTAL DISBURSEMENTS** | $0.00 | $419,675.96 | $129,529.91 | $88,061.13 |

4) This case was originally filed under Chapter 7 on October 23, 2013. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2017          By: /s/ALEX D. MOGLIA
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contract  AR for sale of land in New Mexico | 1121-000 | 88,061.13 |
| **TOTAL GROSS RECEIPTS** | | **$88,061.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CitiMortgage, Inc. | 4110-000 | N/A | 273,281.51 | 0.00 | 0.00 |
| 13 | Wells Fargo Bank, N.A | 4110-000 | N/A | 10,374.87 | 0.00 | 0.00 |
| 20 | Great Lakes Credit Union | 4210-000 | N/A | 4,856.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$288,512.38** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ALEX D. MOGLIA | 2100-000 | N/A | 7,653.06 | 7,653.06 | 7,653.06 |
| Other - MAXWELL LAW GROUP, LLC | 3210-000 | N/A | 7,220.00 | 7,220.00 | 7,220.00 |
| Other - MAXWELL LAW GROUP, LLC | 3220-000 | N/A | 1.74 | 1.74 | 1.74 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - POPOWCER KATTEN, LTD | 3410-000 | N/A | 1,096.50 | 1,096.50 | 1,096.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Adams Levine Surety Bond Agency | 2300-000 | N/A | 1.86 | 1.86 | 1.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.39 | 61.39 | 61.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 122.31 | 122.31 | 122.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 134.77 | 134.77 | 134.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 130.36 | 130.36 | 130.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 121.77 | 121.77 | 121.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 134.19 | 134.19 | 134.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 125.60 | 125.60 | 125.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 121.24 | 121.24 | 121.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 137.78 | 137.78 | 137.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 120.56 | 120.56 | 120.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 120.38 | 120.38 | 120.38 |
| Other - Adams Levine Surety Bond Agency | 2300-000 | N/A | 43.76 | 43.76 | 43.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.78 | 136.78 | 136.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 119.96 | 119.96 | 119.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 119.79 | 119.79 | 119.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.15 | 136.15 | 136.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 119.44 | 119.44 | 119.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,009.39 | $18,009.39 | $18,009.39 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | N/A | 10,488.07 | 10,488.07 | 8,281.43 |
| 2 | Discover Bank | 7100-000 | N/A | 8,088.81 | 8,088.81 | 6,386.97 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 731.55 | 731.55 | 577.64 |
| 5 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | N/A | 464.90 | 464.90 | 0.00 |
| 6 | Great Lakes Credit Union | 7100-000 | N/A | 14,207.22 | 14,207.22 | 0.00 |
| 7 | Sprint Nextel | 7100-000 | N/A | 670.45 | 670.45 | 529.39 |
| 8 | Sprint Nextel | 7100-000 | N/A | 745.65 | 0.00 | 0.00 |
| 9 | Sprint Nextel | 7100-000 | N/A | 888.02 | 0.00 | 0.00 |
| 10 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 519.42 | 519.42 | 410.14 |
| 11 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,269.03 | 1,269.03 | 1,002.03 |
| 12 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 803.60 | 803.60 | 634.53 |
| 14 | ALTAIR OH XIII, LLC | 7100-000 | N/A | 15,404.05 | 15,404.05 | 12,163.12 |
| 15 | ALTAIR OH XIII, LLC | 7100-000 | N/A | 1,809.10 | 1,809.10 | 1,428.47 |
| 16 | Atlas Acquisitions LLC | 7100-000 | N/A | 5,377.06 | 5,377.06 | 4,245.75 |
| 17 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,043.46 | 2,043.46 | 1,613.53 |
| 18 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 12,633.69 | 12,633.69 | 9,975.63 |
| 19 | Great Lakes Credit Union | 7100-000 | N/A | 14,207.00 | 14,207.00 | 0.00 |
| | Clerk of the Court | 7100-000 | N/A | 22,803.11 | 22,803.11 | 22,803.11 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $113,154.19 | $111,520.52 | $70,051.74 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-41383-JS  
**Case Name:** SYLVESTRI, BRETT LEE  
SYLVESTRI, VIRGINIA  
**Period Ending:** 05/15/17

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/29/14 (c)  
**§341(a) Meeting Date:** 08/27/14  
**Claims Bar Date:** 01/28/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2031 West Touhy, purchased in 2001<br>Imported from original petition Doc# 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | Contract AR for sale of land in New Mexico<br>Imported from original petition Doc# 1 | 105,000.00 | 105,000.00 | | 88,061.13 | FA |
| 3 | Checking account with PNC Bank<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with ING<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture and Art<br>Imported from original petition Doc# 1 | 7,500.00 | 6,200.00 | | 0.00 | FA |
| 6 | five bicycles<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | used clothing<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance through employer - no curren<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2004 Toyota Sierra financed through Wells Fargo<br>Imported from original petition Doc# 1 | 7,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 Toyota Highlander 117,000 miles<br>Imported from original petition Doc# 1 | 1,850.00 | 0.00 | | 0.00 | FA |
| 11 | 2011 Vespa Scooter<br>Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 12 | _ | 0.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$479,950.00** | **$112,200.00** | | **$88,061.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

PREPARATION OF FINAL REPORT

PREPARATION OF FINAL REPORT

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-41383-JS  
**Case Name:** SYLVESTRI, BRETT LEE  
SYLVESTRI, VIRGINIA  
**Period Ending:** 05/15/17

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/29/14 (c)  
**§341(a) Meeting Date:** 08/27/14  
**Claims Bar Date:** 01/28/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2015     **Current Projected Date Of Final Report (TFR):** September 30, 2016

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-41383-JS  
**Case Name:** SYLVESTRI, BRETT LEE  
SYLVESTRI, VIRGINIA  
**Taxpayer ID #:** **-***2841  
**Period Ending:** 05/15/17  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/15 | {2} | Sunwest Trust, Inc. | Installment payment | 1121-000 | 607.26 | | 607.26 |
| 01/08/15 | {2} | Sunwest Trust Inc | Installment payment | 1121-000 | 607.26 | | 1,214.52 |
| 01/08/15 | {2} | Virginia & Brett Sylvestri | Installment payments | 1121-000 | 607.26 | | 1,821.78 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,811.78 |
| 02/25/15 | {2} | SunWest Trust | Installment payments | 1121-000 | 607.26 | | 2,419.04 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,409.04 |
| 03/13/15 | {2} | SunWest Trust Inc | Installment payments | 1121-000 | 607.26 | | 3,016.30 |
| 03/30/15 | 101 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 1, 2016 | 2300-000 | | 1.86 | 3,014.44 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,004.44 |
| 04/15/15 | {2} | Sunwest Trust | Installment payments | 1121-000 | 85,024.83 | | 88,029.27 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.39 | 87,967.88 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.31 | 87,845.57 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.77 | 87,710.80 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.36 | 87,580.44 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.77 | 87,458.67 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.19 | 87,324.48 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.60 | 87,198.88 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.24 | 87,077.64 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.78 | 86,939.86 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.56 | 86,819.30 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.38 | 86,698.92 |
| 03/02/16 | 102 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #13-41383, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 53.28 | 86,645.64 |
| 03/02/16 | 102 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #13-41383, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -53.28 | 86,698.92 |
| 03/02/16 | 103 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #13-41383, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 43.76 | 86,655.16 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.78 | 86,518.38 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.96 | 86,398.42 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.79 | 86,278.63 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.15 | 86,142.48 |
| | | | Subtotals : | | $88,061.13 | $1,918.65 | |

{} Asset reference(s)

Printed: 05/15/2017 11:28 AM    V.13.30

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-41383-JS  
**Case Name:** SYLVESTRI, BRETT LEE  
SYLVESTRI, VIRGINIA  
**Taxpayer ID #:** **-***2841  
**Period Ending:** 05/15/17

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 119.44 | 86,023.04 |
| 11/30/16 | 104 | ALEX D. MOGLIA | Dividend paid 100.00% on $7,653.06, Trustee Compensation;  Reference: | 2100-000 |  | 7,653.06 | 78,369.98 |
| 11/30/16 | 105 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,096.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 |  | 1,096.50 | 77,273.48 |
| 11/30/16 | 106 | JEFFERSON CAPITAL SYSTEMS LLC | BANKRUPTCY CASE13-41383 ,SYLVESTRI, BRETT LEE       DIVIDEND ON ALLOWED CLAIM # 1 of  78.96% | 7100-000 |  | 8,281.43 | 68,992.05 |
| 11/30/16 | 107 | Discover Bank | BANKRUPTCY CASE13-41383 ,SYLVESTRI, BRETT LEE       DIVIDEND ON ALLOWED CLAIM # 2 of  78.96% | 7100-000 |  | 6,386.97 | 62,605.08 |
| 11/30/16 | 108 | Quantum3 Group LLC as agent for | BANKRUPTCY CASE13-41383 ,SYLVESTRI, BRETT LEE       DIVIDEND ON ALLOWED CLAIM # 4 of  78.96% | 7100-000 |  | 577.64 | 62,027.44 |
| 11/30/16 | 109 | PEOPLES GAS LIGHT & COKE COMPANY | BANKRUPTCY CASE13-41383 ,SYLVESTRI, BRETT LEE       DIVIDEND ON ALLOWED CLAIM # 5 of  78.96% Voided on 01/31/17 | 7100-000 |  | 367.09 | 61,660.35 |
| 11/30/16 | 110 | Sprint Nextel | BANKRUPTCY CASE13-41383 ,SYLVESTRI, BRETT LEE       DIVIDEND ON ALLOWED CLAIM # 7 of  78.96% | 7100-000 |  | 529.39 | 61,130.96 |
| 11/30/16 | 111 | Atlas Acquisitions LLC | BANKRUPTCY CASE13-41383 ,SYLVESTRI, BRETT LEE       DIVIDEND ON ALLOWED CLAIM # 16 of  78.96% | 7100-000 |  | 4,245.75 | 56,885.21 |
| 11/30/16 | 112 | Portfolio Recovery Associates, LLC | BANKRUPTCY CASE13-41383 ,SYLVESTRI, BRETT LEE       DIVIDEND ON ALLOWED CLAIM # 17 of  78.96% | 7100-000 |  | 1,613.53 | 55,271.68 |
| 11/30/16 | 113 | Portfolio Recovery Associates, LLC | BANKRUPTCY CASE13-41383 ,SYLVESTRI, BRETT LEE       DIVIDEND ON ALLOWED CLAIM # 18 of  78.96% | 7100-000 |  | 9,975.63 | 45,296.05 |
| 11/30/16 | 114 | ALTAIR OH XIII, LLC | Combined Check for Claims#14,15 |  |  | 13,591.59 | 31,704.46 |
|  |  |  | Dividend paid  78.96%        12,163.12 on $15,404.05;  Claim# 14; Filed: $15,404.05 | 7100-000 |  |  | 31,704.46 |
|  |  |  | Dividend paid  78.96%         1,428.47 on $1,809.10;  Claim# 15; Filed: $1,809.10 | 7100-000 |  |  | 31,704.46 |
| 11/30/16 | 115 | Great Lakes Credit Union | Combined Check for Claims#6,19 | 7100-000 |  | 22,436.02 | 9,268.44 |

Subtotals :       $0.00       $76,874.04

{} Asset reference(s)                                                                                                     Printed: 05/15/2017 11:28 AM    V.13.30

Case 13-41383   Doc 83   Filed 05/25/17   Entered 05/25/17 15:18:51   Desc Main
Document      Page 10 of 11

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-41383-JS  
**Case Name:** SYLVESTRI, BRETT LEE  
SYLVESTRI, VIRGINIA  
**Taxpayer ID #:** **-***2841  
**Period Ending:** 05/15/17

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 01/31/17 | | | | |
| 11/30/16 | 116 | MAXWELL LAW GROUP, LLC | Combined Check for Claims#et_al. | | | 7,221.74 | 2,046.70 |
| | | | Dividend paid 100.00%  7,220.00<br>on $7,220.00;  Claim# ;<br>Filed: $7,220.00 | 3210-000 | | | 2,046.70 |
| | | | Dividend paid 100.00%  1.74<br>on $1.74;  Claim# ; Filed:<br>$1.74 | 3220-000 | | | 2,046.70 |
| 11/30/16 | 117 | Quantum3 Group LLC as agent for | Combined Check for Claims#10,11,12 | | | 2,046.70 | 0.00 |
| | | | Dividend paid  78.96%  410.14<br>on $519.42;  Claim# 10;<br>Filed: $519.42 | 7100-000 | | | 0.00 |
| | | | Dividend paid  78.96%  1,002.03<br>on $1,269.03;  Claim#<br>11; Filed: $1,269.03 | 7100-000 | | | 0.00 |
| | | | Dividend paid  78.96%  634.53<br>on $803.60;  Claim# 12;<br>Filed: $803.60 | 7100-000 | | | 0.00 |
| 01/31/17 | 109 | PEOPLES GAS LIGHT & COKE COMPANY | BANKRUPTCY CASE13-41383<br>,SYLVESTRI, BRETT LEE     DIVIDEND<br>ON ALLOWED CLAIM # 5 of  78.96%<br>Voided: check issued on 11/30/16 | 7100-000 | | -367.09 | 367.09 |
| 01/31/17 | 115 | Great Lakes Credit Union | Combined Check for Claims#6,19<br>Voided: check issued on 11/30/16 | 7100-000 | | -22,436.02 | 22,803.11 |
| 03/30/17 | 118 | Clerk of the Court | Unclaimed Distribution Funds | 7100-000 | | 22,803.11 | 0.00 |
| | | | ACCOUNT TOTALS | | 88,061.13 | 88,061.13 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 88,061.13 | 88,061.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $88,061.13 | $88,061.13 | |

{} Asset reference(s)

Printed: 05/15/2017 11:28 AM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 13-41383-JS | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|
| Case Name: | SYLVESTRI, BRETT LEE | Bank Name: | Rabobank, N.A. |
| | SYLVESTRI, VIRGINIA | Account: | ******1366 - Checking Account |
| Taxpayer ID #: | **-***2841 | Blanket Bond: | N/A |
| Period Ending: | 05/15/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :    88,061.13
_____
Net Estate :    $88,061.13

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******1366 | 88,061.13 | 88,061.13 | 0.00 |
| | $88,061.13 | $88,061.13 | $0.00 |

{} Asset reference(s)                                                                                         Printed: 05/15/2017 11:28 AM    V.13.30